UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JILL CRANE, ) | |
|     Plaintiff, ) | |
| ) | No. 1:13-cv-1294 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| MARY FREE BED REHABILITATION ) | |
| HOSPITAL, ) | |
|     Defendant. ) | |
| ) | |

## JUDGMENT

Having granted the motion for summary judgment filed by Defendant Mary Free Bed Rehabilitation Hospital, and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 13, 2015    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge