# EXHIBIT 1

Banks Reporting
P.O. Box 592
Lake Odessa, MI 48849
(616) 374-0111
www.banksreporting.com
EIN: 37-1457557

JUN 23 2014

TO: WILLIAM H. FALLON
MILLER JOHNSON
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306

Date: 6/20/2014
Inv. #14-039

** INVOICE **

RE: JILL CRANE / TIMIKA FOSTER v. MARY FREE BED REHABILITATION HOSPITAL

6/2/2014 DEPOSITION OF JILL CRANE

| | |
|---|---:|
| Appearance | $215.00 |
| Transcript (O + condensed copy): | 676.00 |
| Photocopies (exhibits): | 6.39 |
| Postage/handling: | 7.50 |
| TOTAL DUE: | $904.89 |

*To pay with a credit card or PayPal account, log on to
www.banksreporting.com and click the "Pay Invoice Online" tab*

OK to pay
WHF

60335-14

----------Please return stub below with payment----------

WILLIAM H. FALLON
MILLER JOHNSON
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306

Date: 6/20/2014
Inv. #14-039

RE: JILL CRANE / TIMIKA FOSTER v. MARY FREE BED REHABILITATION HOSPITAL

6/2/2014 DEPOSITION OF JILL CRANE                    $904.89

*Please make check payable to: Banks Reporting*