# EXHIBIT 2

# BONNIE L. ROZEMA, CER, INC.
## 2700 92ND STREET, S.W.
## BYRON CENTER, MI 49315
## (616) 878-9091

DATE: July 8, 2014

TO: Mr. William H. Fallon
Miller Johnson
250 Monroe Avenue, N.W., Suite 800
Grand Rapids, MI 49501-0306
(616) 831-1700

FOR: Appearance & Transcript

1:13-cv-01294
Jill Crane v Mary Free Bed
June 26, 2014
Deposition of Jill Crane – Volume II

| | |
|---|---|
| Appearance | $125.00 |
| Transcript | 345.75 |
| Postage | 8.50 |
| **TOTAL** | **$479.25** |

*ok to pay*
*WHF*
*60335-14*

**THANK YOU**