# EXHIBIT 3

# Hanson/Renaissance
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

| | |
|---|---|
| Job #: | 140716CLG |
| Job Date: | 07/16/2014 |
| Order Date: | 07/16/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

## Invoice

| | |
|---|---|
| Invoice #: | 434667 |
| Inv.Date: | 07/29/2014 |
| Balance: | $417.20 |

**Bill To:**
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

| | |
|---|---|
| Action: | Crane, Jill |
| | vs |
| | Mary Free Bed Rehabilitation |
| Action #: | 1:13-cv-01294-PL |
| Rep: | CLG |
| Cert: | 2494, RPR |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Connie Brown-Olds | Email Copy of Transcript | Pages | 176 | $2.15 | $0.00 | $378.40 |
| 2 | | Exhibits via Email | Copies | 97.00 | $0.40 | $0.00 | $38.80 |

**Comments:**
Thank You  Visa / MasterCard / American Express / Discover Accepted

| | |
|---|---|
| Sub Total | $417.20 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $417.20 |
| Payment | $0.00 |
| Balance Due | $417.20 |

Federal Tax I.D.: 38-2436945    Terms: After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT*

---

**Bill To:**
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

## Invoice

**Deliver To:**
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

| | |
|---|---|
| Invoice #: | 434667 |
| Inv.Date: | 07/29/2014 |
| Balance: | $417.20 |
| Job #: | 140716CLG |
| Job Date: | 07/16/2014 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

## Hanson/Renaissance
### Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

