# EXHIBIT 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Hanson/Renaissance Court Reporters & Video** | Job #: | 140718CRR | | | | | |
| 400 Renaissance Center | Job Date: | 07/18/2014 | | | **Invoice** | | |
| Suite 2160 Detroit, MI 48243 | Order Date: | 07/18/2014 | | | | | |
| 313-567-8100 Fax 313-567-4362 | DB Ref #: | | | Invoice #: | 434934 | | |
| hansonreporting.com | Date of Loss: / / | | | Inv. Date: | 08/01/2014 | | |
| | Your File #: | | | Balance: | $183.00 | | |
| | Your Client: | | | | | | |

| Bill To: | Action: | Crane, Jill |
|---|---|---|
| William H. Fallon, Esquire | | vs |
| Miller Johnson | | Mary Free Bed Rehabilitation |
| 250 Monroe Avenue, NW | Action #: | 1:13-cv-01294-PL |
| Suite 800 | Rep. | CRR |
| P.O. Box 306 | Cert. | 7194 |
| Grand Rapids, MI 49501-0306 | | |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Bruce Brasser | Copy of Transcript Via Email | Pages | 52 | $2.15 | $0.00 | $111.80 |
| 2 | Sharon Zapf | Copy of Transcript Via Email | Pages | 32 | $2.15 | $0.00 | $68.80 |
| 3 | | Exhibits via Email | Copies | 6.00 | $0.40 | $0.00 | $2.40 |

Comments:

Thank You   Visa / MasterCard / American Express / Discover Accepted

| | |
|---|---|
| Sub Total | $183.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $183.00 |
| Payment | $0.00 |
| Balance Due | $183.00 |

*Federal Tax I.D.:* 38-2436945        Terms:   After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

Bill To:
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

**Invoice**

Deliver To:
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

Invoice #: 434934
Inv. Date: 08/01/2014
Balance: $183.00
Job #: 140718CRR
Job Date: 07/18/2014
DB Ref #:
Date of Loss: / /
Your File #:
Your Client:

**Hanson/Renaissance Court Reporters & Video**
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100 Fax 313-567-4362
hansonreporting.com

