# EXHIBIT 5

# Hanson/Renaissance
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com

Job #: 140718CRR2
Job Date: 07/18/2014
Order Date: 07/18/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 436236
Inv.Date: 08/21/2014
Balance: $51.60

**Bill To:**
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

Action: Crane, Jill
vs
Mary Free Bed Rehabilitation
Action #: 1:13-cv-01294-PL
Rep: CRR
Cert: 7194

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Dorothy Wiest | Copy of Transcript Via Email | Pages | 24 | $2.15 | $0.00 | $51.60 |

Comments.

Thank You  Visa / MasterCard / American Express / Discover Accepted

| | |
|---|---|
| Sub Total | $51.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $51.60 |
| Payment | $0.00 |
| Balance Due | $51.60 |

Federal Tax ID: 38-2436945    Terms: After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

**Deliver To:**
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

# Invoice

Invoice #: 436236
Inv.Date: 08/21/2014
Balance: $51.60
Job #: 140718CRR2
Job Date: 07/18/2014
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Hanson/Renaissance
## Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100  Fax 313-567-4362
hansonreporting.com