# EXHIBIT 6

| | Hanson/Renaissance Court Reporters & Video 400 Renaissance Center Suite 2160 Detroit, MI 48243 313-567-8100 Fax 313-567-4362 hansonreporting.com | Job #: 140815CLG <br> Job Date: 08/15/14 <br> Order Date: 08/15/14 <br> DB Ref #: <br> Date of Loss: / / <br> Your File #: <br> Your Client: | **Invoice** <br> Invoice #: 436903 <br> Inv.Date: 08/28/14 <br> Balance: $208.55 |
|---|---|---|---|

| Bill To: <br> William H. Fallon, Esquire <br> Miller Johnson <br> 250 Monroe Avenue, NW <br> Suite 800 <br> P.O. Box 306 <br> Grand Rapids, MI 49501-0306 | Action: Crane, Jill <br> vs <br> Mary Free Bed Rehabilitation <br> Action #: 1.13-cv-01294-PL <br> Rep: CLG <br> Cert: 2494, RPR |
|---|---|

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Sharon Young | Copy of Transcript via Email | Pages | 20 | $2.15 | $0.00 | $43.00 |
| 2 | Frances Dietrich | Copy of Transcript via Email | Pages | 38 | $2.15 | $0.00 | $81.70 |
| 3 | Kevin Strating | Copy of Transcript via Email | Pages | 16 | $2.15 | $0.00 | $34.40 |
| 4 | Gabriela Bailey | Copy of Transcript via Email | Pages | 23 | $2.15 | $0.00 | $49.45 |

| Comments: <br> Thank You  Visa / MasterCard / American Express / Discover Accepted | | |
|---|---|---|
| | Sub Total | $208.55 |
| | Shipping | $0.00 |
| | Tax | N/A |
| | Total Invoice | $208.55 |
| | Payment | $0.00 |
| Federal Tax I.D.: 38-2436945 | Terms: After 45 Days 1.5% Penalty per month | Balance Due | $208.55 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

| Bill To: <br> William H. Fallon, Esquire <br> Miller Johnson <br> 250 Monroe Avenue, NW <br> Suite 800 <br> P.O. Box 306 <br> Grand Rapids, MI 49501-0306 | Deliver To: <br> William H. Fallon, Esquire <br> Miller Johnson <br> 250 Monroe Avenue, NW <br> Suite 800 <br> P.O. Box 306 <br> Grand Rapids, MI 49501-0306 |
|---|---|

**Invoice**

Invoice #: 436903
Inv.Date: 08/28/14
Balance: $208.55
Job #: 140815CLG
Job Date: 08/15/14
DB Ref #:
Date of Loss: / /
Your File #:
Your Client:

Hanson/Renaissance
Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100 Fax 313-567-4362
hansonreporting.com

