# EXHIBIT 1

**Banks Reporting**
P.O. Box 592
Lake Odessa, MI  48849
(616) 374-0111
www.banksreporting.com
EIN:  37-1457557

*JUN 2 3 2014*

TO:   WILLIAM H. FALLON                      Date:  6/20/2014
      MILLER JOHNSON                         Inv. #14-039
      P.O. BOX 306
      GRAND RAPIDS, MI   49501-0306

---

**\* \*   INVOICE   \* \***

RE:   JILL CRANE / TIMIKA FOSTER v. MARY FREE BED REHABILITATION HOSPITAL

6/2/2014 DEPOSITION OF JILL CRANE

Appearance                                   $215.00

Transcript (O + condensed copy):              676.00

Photocopies (exhibits):                         6.39

Postage/handling:                               7.50

                          TOTAL DUE:         $904.89

*To pay with a credit card or PayPal account, log on to*
*www.banksreporting.com and click the "Pay Invoice Online" tab*

*OK to pay*
*WHF*

60335-14

---------------------------Please return stub below with payment---------------------------

WILLIAM H. FALLON                            Date:  6/20/2014
MILLER JOHNSON                               Inv. #14-039
P.O. BOX 306
GRAND RAPIDS, MI   49501-0306

RE:    JILL CRANE / TIMIKA FOSTER v. MARY FREE BED REHABILITATION HOSPITAL

6/2/2014 DEPOSITION OF JILL CRANE                    $904.89

*Please make check payable to:   Banks Reporting*