# EXHIBIT 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Hanson/Renaissance Court Reporters & Video**<br>400 Renaissance Center<br>Suite 2160 Detroit, MI 48___<br>313-567-8100  Fax 313-5__-__62<br>hansonreporting.com | | | Job #: 140718CRR<br>Job Date: 07/18/2014<br>Order Date: 07/18/2014<br>DB Ref #:<br>Date of Loss.  / /<br>Your File #:<br>Your Client: | | | **Invoice**<br>Invoice #: 434934<br>Inv.Date: 08/01/2014<br>Balance: $183.00 | |

| Bill To: | Action: Crane, Jill |
|---|---|
| William H. Fallon, Esquire<br>Miller Johnson<br>250 Monroe Avenue, NW<br>Suite 800<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306 | vs<br>Mary Free Bed Rehabilitation<br>Action #: 1:13-cv-01294-PL<br>Rep. CRR<br>Cert. 7194 |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Bruce Brasser | Copy of Transcript Via Email | Pages | 52 | $2.15 | $0.00 | $111.80 |
| 2 | Sharon Zapf | Copy of Transcript Via Email | Pages | 32 | $2.15 | $0.00 | $68.80 |
| 3 | | Exhibits via Email | Copies | 6.00 | $0.40 | $0.00 | $2.40 |

| Comments. | | |
|---|---|---|
| | Sub Total | $183.00 |
| Thank You   Visa / MasterCard / American Express / Discover Accepted | Shipping | $0.00 |
| | Tax | N/A |
| | Total Invoice | $183.00 |
| | Payment | $0.00 |
| Federal Tax I.D.: 38-2436945 | Terms: After 45 Days 1.5% Penalty per month | Balance Due | $183.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

Deliver To:
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

**Invoice**

**Hanson/Renaissance Court Reporters & Video**
400 Renaissance Center
Suite 2160 Detroit, MI 48___
313-567-8100  Fax 313-5__-__62
hansonreporting.com



Invoice #: 434934
Inv.Date: 08/01/2014
Balance: $183.00
Job #: 140718CRR
Job Date: 07/18/2014
DB Ref #:
Date of Loss.  / /
Your File #:
Your Client: