# EXHIBIT 6

| | Hanson/Renaissance Court Reporters & Video 400 Renaissance Center Suite 2160 Detroit, MI 48243 313-567-8100 Fax 313-567-4362 hansonreporting.com | Job #: 140815CLG Job Date: 08/15/14 Order Date: 08/15/14 DB Ref #: Date of Loss: / / Your File #: Your Client: | **Invoice** Invoice #: 436903 Inv.Date: 08/28/14 Balance: $208.55 |
|---|---|---|---|

| Bill To: William H. Fallon, Esquire Miller Johnson 250 Monroe Avenue, NW Suite 800 P.O. Box 306 Grand Rapids, MI 49501-0306 | Action: Crane, Jill vs Mary Free Bed Rehabilitation Action #: 1.13-cv-01294-PL Rep: CLG Cert: 2494, RPR |
|---|---|

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Sharon Young | Copy of Transcript via Email | Pages | 20 | $2.15 | $0.00 | $43.00 |
| 2 | Frances Dietrich | Copy of Transcript via Email | Pages | 38 | $2.15 | $0.00 | $81.70 |
| 3 | Kevin Strating | Copy of Transcript via Email | Pages | 16 | $2.15 | $0.00 | $34.40 |
| 4 | Gabriela Bailey | Copy of Transcript via Email | Pages | 23 | $2.15 | $0.00 | $49.45 |

Comments:

Thank You   Visa / MasterCard / American Express / Discover Accepted

| | |
|---|---|
| Sub Total | $208.55 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $208.55 |
| Payment | $0.00 |
| Balance Due | $208.55 |

Federal Tax I.D.: 38-2436945      Terms: After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

Bill To:
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

**Invoice**

Deliver To:
William H. Fallon, Esquire
Miller Johnson
250 Monroe Avenue, NW
Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306

Invoice #: 436903
Inv.Date: 08/28/14
Balance: $208.55
Job #: 140815CLG
Job Date: 08/15/14
DB Ref #:
Date of Loss: / /
Your File #:
Your Client:

Hanson/Renaissance
Court Reporters & Video
400 Renaissance Center
Suite 2160 Detroit, MI 48243
313-567-8100 Fax 313-567-4362
hansonreporting.com

