# EXHIBIT 7

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000


**HealthPort**
**INVOICE**

Invoice #: 0149153221
Date: 6/16/2014
Customer #: 491522

**Ship to:**
ANNALISE J BUTH
MILLER JOHNSON ATTYS
250 MONROE AVE NW STE 800
PO BOX 306
GRAND RAPIDS, MI 49501-0306

**Bill to:**
ANNALISE J BUTH
MILLER JOHNSON ATTYS
250 MONROE AVE NW STE 800
PO BOX 306
GRAND RAPIDS, MI 49501-0306

**Records from:**
W MICHIGAN FAM MED KENTWOOD
2120 43RD ST SE SUITE 200
KENTWOOD, MI 49508

**Requested By:** MILLER JOHNSON ATTYS
**Patient Name:** CRANE JILL
**DOB:** 061360
**CASE NUMBER:** 13CV01294

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 23.42 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 394 | 0.23 | 90.62 |
| Per Page Copy (Paper) 3 | 20 | 1.17 | 23.40 |
| Per Page Copy (Paper) 2 | 30 | 0.59 | 17.70 |
| Shipping | | | 12.35 |
| Subtotal | | | 167.49 |
| Sales Tax | | | 10.05 |
| Invoice Total | | | 177.54 |
| Balance Due | | | 177.54 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms:** Net 30 days

**Please remit this amount : $ 177.54 (USD)**

---

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Invoice #:** 0149153221

Check # _____
Payment Amount $_____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.